**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NAMEL NORRIS                                       :
                                                   :
                              Plaintiff,           :            ORDER
                                                   :
         -against-                                 :        25 Civ. 8763 (GBD) (JW)
                                                   :
CHELSEA ROYAL CARE PHARMACYM INC., *a New* :
*York Corporation*, and S-PLATFORM HQ LLC,         :
                                                   :
                              Defendants.          :
                                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for June 3, 2026, at 10:00 a.m. before this Court

is cancelled.


Dated: April 29, 2026,
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniel*
                                        GEORGE B. DANIELS
                                        United States District Judge