**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

NAMEL NORRIS,

Plaintiff,

-against-

CHELSEA ROYAL CARE PHARMACY, INC., *a New York Corporation*, and S-PLATFORM HQ LLC,

Defendants.

---------------------------------------- x

ORDER

25 Civ. 8763 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached an agreement on all issues at the court-ordered mediation, (ECF No. 34,) the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within thirty (30) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: August 17, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge